## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-cr-10158-MLW-11 |
| | ) | |
| WEMERSON DUTRA AGUIAR, *et al.* | ) | |
| Defendants. | ) | |

### NOTICE OF UNAVAILABILITY

Counsel for Defendant, Itallo Felipe Pereira de Sousa Correa, hereby files this Notice of Unavailability with this Court and advises that the undersigned will be unavailable (out of the country) from **October 11th, 2022 through and including November 03rd, 2022** for any hearings or other proceedings in this matter in which the undersigned is required to be present. Counsel, respectfully requests that no matters be scheduled during this period.

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 23rd, 2022

Respectfully Submitted,

*/s/Brasilio F. Machado, Esq.*
Brasilio F. Machado, Esq.
Florida Bar No. 93917
The Machado Law Firm
1395 Brickell Avenue., Suite 800
Miami, Florida 33131
Phone: (305) 400-0867
Fax: (305) 264-0009
E-mail: brasilio@machadolaw.net