# United States Court of Appeals
## For the First Circuit

No. 23-1283

UNITED STATES,

Appellee,

v.

WEMERSON DUTRA AGUIAR,

Defendant - Appellant.

**JUDGMENT**

Entered: July 27, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head
Donald Campbell Lockhart
Kriss Basil
Kristen A. Kearney
David M. Holcomb
Katherine Essington
Debra Joyce
Wemerson Dutra Aguiar